## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

JOSEPH MORRALL, JR.              *

      Plaintiff,            *

         v.             *       CV 114-086

CITIMORTGAGE, INC.,       *

      Defendant.            *

### O R D E R

Presently before the Court is the parties' Joint Stipulation of Dismissal with Prejudice as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 32.) The Court hereby **DISMISSES WITH PREJUDICE** all claims in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this _17th_ day of June, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA